NOT FOR PUBLICATION (Doc. No. 46)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| WILLIAM J EINHORN, ADMINISTRATOR OF THE TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY | |
| Plaintiff, | Civil No. 13-2021 (RBK) |
| v. | **ORDER** |
| HIGHWAY SAFTEY SYSTEMS, INC. | |
| Defendant. | |

**KUGLER,** United States District Judge:

**THIS MATTER** coming before the Court on the Motion for Default Judgment of Plaintiff William J. Einhorn, Administrator of the Teamsters Pension Trust Fund of Philadelphia and Vicinity ("Plaintiff") (Doc. No. 46) under Federal Rule of Civil Procedure 55(b); and the Court having considered the moving papers; and for the reasons expressed in the Opinion accompanying this Order;

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**. Judgment is entered in favor of Plaintiff against Defendant in the amount of $576,808.79, which represents $563,913.67 in withdrawal liability, $12,240.00 in attorney's fees, and $655.12 in costs.

**IT IS HEREBY FURTHER ORDERED** that the Court reserves final judgment on the amount of interest and liquidated damages to be awarded until Plaintiff submits an affidavit establishing the applicable interest rate under 26 U.S.C. 6621 and calculating damages thereunder.

1

Dated: 9/22/2015                                              s/Robert B. Kugler
                                                              ROBERT B. KUGLER
                                                              United States District Judge